IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-50132
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

AUTRY LEE JONES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Western District of Texas
(A-90-CR-177)
_____

April 14, 1998

Before WISDOM, HIGGINBOTHAM, and JONES, Circuit Judges.

PER CURIAM:[*]

   AFFIRMED.  See Local Rule 47.6.

---

   [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.